JOSEPH COFONE, PETITIONER–RESPONDENT, v. CARMELA COFONE, DEFENDANT–APPELLANT.

Argued October 25, 1948—Decided November 1, 1948.

*Mr. Samuel Levin* argued the cause for the defendant-appellant (*Mr. Jack L. Holstein,* attorney).

*Mr. Robert D. Grosman* argued the cause and with *Mr. Charles M. Grosman* filed a brief for the petitioner-respondent.

PER CURIAM. We concur in the result. The evidence supports the finding that there was a wilful and continued desertion of the respondent by the appellant, and the decree therefore is affirmed.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE, HEHER, WACHENFELD, BURLING and ACKERSON—6.

*For reversal:* None.